IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

WADE HESTER, DANA HESTER, and
KAYLIN ELISE HESTER, A MINOR, BY
AND THROUGH HER MOTHER AND
NEXT FRIEND DANA HESTER                                                         PLAINTIFFS

AMERICAN FAMILY HOME
INSURANCE COMPANY                    INTERVENING PLAINTIFF/CROSS-PLAINTIFF

VS.                                              CIVIL ACTION NO. 5:14cv116-DCB-MTP

DELL INC., SANYO NORTH AMERICA CORPORATION,
and WAL-MART STORES EAST, LP, and
SANYO ENERGY (SUZHOU) CO., LTD.                                        DEFENDANTS

### AGREED ORDER OF DISMISSAL OF SANYO NORTH AMERICA CORPORATION WITHOUT PREJUDICE

The Court having been advised that all parties agree to the dismissal of all claims and causes of action asserted against SANYO North America Corporation in this case without prejudice, with each party to bear its own costs and attorneys' fees; and the Court, having found that the parties have reached this agreement, will dismiss SANYO North America Corporation. Further, there is no just reason to delay entry of this agreed order of dismissal without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims and causes of action asserted against SANYO North America Corporation in this civil action are fully and finally dismissed without prejudice, with each party to bear its own costs and attorneys' fees, and that there is no just reason to delay entry of this agreed order of dismissal without prejudice.

**SO ORDERED AND ADJUDGED** this the 17th day of June, 2015.

      /s/ David Bramlette
UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:

s/ *Mark D. Jicka*
Mark D. Jicka (MSB No. 8969)
Caroline K. Ivanov (MSB No. 104215)
Attorneys for Defendant
SANYO North America Corporation

s/ *Joe R. Norton, IV*
Joe R. Norton, IV, Esq.
William D. Boerner, Esq.
Bradley R. Boerner, Esq.
Attorneys for Plaintiffs

s/ *Michael D. Tapscott*
Michael D. Tapscott
Attorney for Intervening Plaintiff/
Cross-Plaintiff American Family
Home Insurance Company